AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_USA_
Plaintiff
v.
_SHEP KHAMSAHU #7_
Defendant

Case No. _12 CR 00010-MSK_

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

_SHEP KHAMSAHU_

Date: _1-24-2012_

_[signature]_
Attorney's signature

_SAINT-VELTRI_  3494
Printed name and bar number

_900 LOGAN ST_
Address

_saintveltri@msn.com_
E-mail address

_303 356 4438_
Telephone number

FAX number