IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No:   12-cr-00010-MSK-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   GEORGE A. GADDY,
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON
7.   **SHEPS H. KHAMSAHU,**
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

    Defendants.

---

## DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR PROTECTIVE ORDER, DOCUMENT # 41

---

COMES NOW Sheps H. Khamsahu (Defendant #7) by his attorney, Joseph Saint-Veltri, and he responds to the Government's Motion (Doc. No. 41) by stating that he has no objection to the Proposed Order (Doc. No. 41-1).

          Respectfully submitted,

          By:   *s/ Joseph Saint-Veltri*

JOSEPH SAINT-VELTRI
Joseph Saint-Veltri, Attorney at Law
900 Logan Street
Denver, CO 80203

ATTORNEY FOR THE DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that this Entry of Appearance was delivered, via the ECF system for the District of Colorado to all parties, this 1st day of February, 2012.

/s/ Joseph Saint-Veltri