DEFENDANT:        16.  CLIFFORD M. WRIGHT

YEAR OF BIRTH:    1972

ADDRESS:          Denver, Colorado

COMPLAINT FILED: ____YES   __X__  NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  ____YES   __X__  NO

OFFENSE:

Count Twenty-Nine:     Possession with Intent to Distribute Cocaine
                       21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Thirty:          Possession with Intent to Distribute Cocaine
                       21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Thirty-Two:      Using and Maintaining Drug-Involved Premises
                       21 U.S.C. § 856(a)(1) and (2) and (b)
                       Aiding and Abetting
                       18 U.S.C. § 2

LOCATION OF OFFENSE: Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Twenty-Nine:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

            **NOTICE OF FORFEITURE**

AGENT:   Special Agent Jason Cole
         Alcohol Tobacco and Firearms

<u>AUTHORIZED BY</u>:  Guy Till
Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

\_\_\_\_\_ five days or less      \_\_X\_\_ over five days      \_\_\_\_\_ other

<u>THE GOVERNMENT</u>

\_\_X\_\_ will seek detention in this case      \_\_\_\_\_ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:      \_\_X\_\_      Yes      \_\_\_\_\_ No

2