**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No:   12-cr-00010-MSK-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GEORGE H. ASKEW,
2.    ROMELL E. BULLOCK,
3.    GREGORY A. COLLINS,
4.    GEORGE A. GADDY,
5.    DELBERT J. GARDNER,
6.    RICHARD W. JOHNSON
**7.    SHEPS H. KHAMSAHU,**
8.    ERIC LUGO,
9.    LAWRENCE T. MARTIN,
10.    JOHNIE A. MYERS,
11.    DARRELL R. PARKER,
12.    CALVIN R. RILEY,
13.    COREY L. RILEY,
14.    THOMAS A. SCHRAH, JR.,
15.    JAMES R. SWITZER, and
16.    CLIFFORD M. WRIGHT,

    Defendants.

---

**NOTICE OF DISPOSITION**

---

    COMES NOW Sheps H. Khamsahu (Defendant #7) by his attorney, Joseph Saint-Veltri, and gives notice to this Honorable Court that the parties have reached a disposition in the above captioned matter.

Respectfully submitted,


By:     *s/ Joseph Saint-Veltri*
JOSEPH SAINT-VELTRI
Joseph Saint-Veltri, Attorney at Law
900 Logan Street
Denver, CO 80203

ATTORNEY FOR THE DEFENDANT


CERTIFICATE OF SERVICE

I hereby certify that this Notice of Disposition was delivered, via the ECF system for the District of Colorado to all parties, this 14[st] day of February, 2012.

/s/ Joseph Saint-Veltri