IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No:   12-cr-00010-MSK-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   GEORGE A. GADDY,
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON
7.   **SHEPS H. KHAMSAHU,**
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

    Defendants.

---

## MOTION FOR WAIVER OF APPEARANCE

    COMES NOW Sheps H. Khamsahu (Defendant #7) by his attorney, Joseph Saint-Veltri, and he hereby moves this Honorable Court to waive his appearance for a re-arraignment on the First Superceding Indictment which is currently scheduled for February 23, 2012 at 10:00 a.m.

    AS GROUNDS the Defendant states and avers as follows:

1.    The Defendant is charged in the original Indictment in Counts 31 and 32.

2.  The Defendant is named in the same two Counts in the First Superceding Indictment (Doc. No. 180).

3.  The Defendant has filed a Notice of Disposition (Doc. No. 195) and has secured hearing dates in the District Court (*See* Doc. No. 204).

4.  A re-arraignment of the Superseding Indictment is currently scheduled for February 23, 2012 at 10:00 a.m.

5.  Rule 10(b) of the Federal Criminal Rules of Procedure provides for the relief sought herein.

6.  Attached hereto is a Waiver signed by the Defendant and undersigned counsel which expressly waives his appearance and affirms that the Defendant has received a copy of the Superceding Indictment and that his Pleas as to the Superceding Indictment continue to be not guilty. Defendant respectfully requests the Court to accept this waiver prior to February 23, 2012 at 10:00 a.m.

7.  That undersigned counsel has conferred with AUSA Till and is authorized to state that the Government has no objection to the relief sought via this Motion.

WHEREFORE, Defendant and counsel move that their appearances be waived for the re-arraignment on the Superceding Indictment which is scheduled for February 23, 2012.

    Respectfully submitted,

    By:  *s/ Joseph Saint-Veltri*
    JOSEPH SAINT-VELTRI
    Joseph Saint-Veltri, Attorney at Law
    900 Logan Street
    Denver, CO 80203

    ATTORNEY FOR THE DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that this Motion for Wavier of Appearance was delivered, via the ECF system for the District of Colorado to all parties, this 22nd day of February, 2012.

/s/ Joseph Saint-Veltri

# WAIVER OF APPEARANCE

I, Sheps H. Khamsahu, hereby waive my appearance for the re-arraignment on the Superceding Indictment which is scheduled for February 23, 2012. I have conferred with my attorney Joseph Saint-Veltri relative to this waiver and have been advised of the consequences attendant to the waiver. I confirm that I have received a copy of the First Superceding Indictment and that Mr. Saint-Veltri has reviewed said Indictment with me. Additionally, I have read and approved the Motion for Waiver of Appearance and my Pleas continue to be not guilty.

SHEPS H. KHAMSAHU
DEFENDANT

JOSEPH SAINT-VELTRI
ATTORNEY FOR THE DEFENDANT