# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No:   12-cr-00010-MSK-7

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   GEORGE A. GADDY,
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON
**7.   SHEPS H. KHAMSAHU,**
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

   Defendants.

## UNOPPOSED MOTION TO MODIFY THE CONDITIONS OF BOND

COMES NOW Sheps H. Khamsahu (Defendant #7) by his attorney, Joseph Saint-Veltri, and he moves this Honorable Court for the entry of an Order modifying the terms and conditions of his bond to the extent of eliminating electronic monitoring.

AS GROUNDS for this Motion, the Defendant states and avers as follows:

1.   That the Defendant has been the on pre-trial supervision of the Probation Department since his release on bond, which occurred on January 29, 2012.

2.	That the Defendant has been compliant with the requirements of pre-trial supervision.

3.	That the Defendant is currently awaiting sentencing, which is scheduled for August 20, 2012.

4.	That continued electronic monitoring is no longer necessary.

5.	That the Defendant has been informed by USPO Marie Jo Paul that she does not oppose the elimination of electronic monitoring as a condition of his pre-trial supervision.

6.	That undersigned counsel has conferred with AUSA Guy Till and is authorized to state that he has no opposition to the granting of this Motion.

WHEREFORE the Defendant prays that the relief requested be granted and for any further relief with this Honorable Court may deem just and proper.

Respectfully submitted,

By:	*s/ Joseph Saint-Veltri*
JOSEPH SAINT-VELTRI
Joseph Saint-Veltri, Attorney at Law
900 Logan Street
Denver, CO 80203

ATTORNEY FOR THE DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that this Entry of Appearance was delivered, via the ECF system for the District of Colorado to all parties, this 31st day of May, 2012.

/s/ Joseph Saint-Veltri