IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00010-MSK-07

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SHEPS H. KHAMSAHU

        Defendant.

_____

**ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE**
_____

        Defendant SHEPS H. KHAMSAHU, through counsel, has filed a motion seeking to modify his conditions of release ordered by United States Magistrate Judge Kathleen M. Tafoya on February 8, 2012, to the extent of eliminating home detention and electronic location monitoring.  That motion has been investigated and carefully considered.  There are no objections by the government or the Probation Office.  Therefore, it is

        ORDERED that the defendant's release conditions requiring home detention and electronic location monitoring be hereby terminated.  All other terms and conditions of release shall remain in full force and effect.

        DATED at Denver, Colorado, this 15th day of June, 2012.

        BY THE COURT:

*Marcia S. Krieger*

_____
MARCIA S. KRIEGER,
United States District Judge