IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK-07

UNITED STATES OF AMERICA,

        Plaintiff,

v.

7.  SHEPS H. KHAMSAHU,

        Defendant.

## UNOPPOSED GOVERNMENT'S MOTION FOR CONTINUANCE OF SENTENCING DATE FOR APPROXIMATELY 90 DAYS

        The United States, through United States Attorney John F. Walsh and the undersigned Assistant United States Attorney, following communications with Joseph Saint- Veltri, Esq., counsel for Defendant Sheps H. Khamsahu in this matter, respectfully files this Unopposed Motion to Continue the Sentencing Date for Approximately 90 days and as grounds therefor states:

        1.  This defendant is set for sentencing hearing on August 20, 2012 at 9:00 a.m.

        2.  The Government requests a continuance in order to allow the defendant an opportunity to render testimony and provide evidence and information as appropriate. In addition, a continuance of the sentencing date may assist the Court to evaluate the full measure of related cooperation with respect to a possible U.S.S.G. § 5K1.1 motion which may be filed by the Government at or before sentencing.

3. The Government respectfully submits that related developments in the cases of other defendants, which are expected to take place with the next two months, will be likely to have significance for the extent of any Government motion under Section 5K1.1 and the outcome of the defendant's sentence in the present matter.

4. The defendant is on bond. The Government is not aware of any problems or complications resulting from the defendant's being on bond. The defense does not oppose this motion.

WHEREFORE, the government respectfully asks the Court to vacate the currently set sentencing hearing date and direct counsel to contact the professional staff of the Courtroom by telephone in the next two weeks and set a new sentencing hearing date approximately 90 days after the current date set for sentencing.

Respectfully submitted,

JOHN F. WALSH
UNITED STATES ATTORNEY


BY:   *s/ Guy Till*
      GUY TILL
      Assistant United States Attorney
      United States Attorney's Office
      District of Colorado
      1225 17th Street, Suite 700
      Denver, CO 80202
      Telephone:  (303) 454-0100
      Fax: (303) 454-0409
      Email:  Guy.Till@usdoj.gov
      Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2012, I electronically filed the foregoing **UNOPPOSED GOVERNMENT'S MOTION FOR CONTINUANCE OF SENTENCING DATE FOR APPROXIMATELY 90 DAYS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Joseph Saint Veltri, Esq. and all counsel of record in this case.

Joseph Saint-Veltri
jsvlawoffice@gmail.com

By: s/ Lisa Vargas
LISA VARGAS
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0100
Facsimile:  (303) 454-0409
E-mail: Lisa.Vargas@usdoj.gov