IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK-07

UNITED STATES OF AMERICA,

        Plaintiff,

v.

7.  SHEPS H. KHAMSAHU,

        Defendant.

**ORDER CONTINUING THE CURRENT SENTENCING
DATE FOR APPROXIMATELY 90 DAYS**

THE COURT has reviewed the Government's Unopposed Government's Motion for Continuance of the Current Sentencing Date for Approximately 90 days filed November 15, 2012.  The defendant currently is set for sentencing on November 20, 2012.  The Court is familiar with the file in this case.  One co-defendant recently withdrew a notice of disposition which had been on file for several months.  The Motion states the Government may call Sheps H. Khamsahu as a witness at trial.  Being sufficiently advised in the premises, the Court finds and concludes the Motion to continue has merit and shall be granted.  The presently set sentencing date is vacated.  The parties are directed to contact the Courtroom staff within two weeks to set a new sentencing date.

IT IS SO ORDERED.

    Signed and entered this ____ day of November, 2012.

                           BY THE COURT:

                           _____
                           MARCIA S. KRIEGER, JUDGE
                           UNITED STATES DISTRICT COURT
                           DISTRICT OF COLORADO