**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 12-cr-00010-MSK-7

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

7.  **SHEPS H. KHAMSAHU,**

    **Defendant.**

---

**UNOPPOSED GOVERNMENT'S MOTION FOR CONTINUANCE
OF SENTENCING DATE**

---

The United States, through United States Attorney John F. Walsh and the undersigned Assistant United States Attorney, following communications with Joseph Saint-Veltri, Esq., counsel for Defendant Sheps H. Khamsahu in this matter, respectfully files this Unopposed Government's Motion to Continue the Sentencing Date for Defendant Sheps H. Khamsahu and as grounds therefor respectfully states:

1.  On May 16, 2012, Defendant Sheps H. Khamsahu pled guilty to Count Thirty-One, Conspiracy to Maintain Drug Involved Premises, in violation of Title 21 U.S.C. §§ 846 and 856(a)(1). Defendant Sheps H. Khamsahu is set for sentencing hearing on April 29, 2013 (DOC 829).

2.  The Government requests a continuance of the sentencing date until a date in June 2013 in order to allow the defendant an opportunity to attend and render testimony at a possible trial for a co-defendant who withdrew his Notice of Disposition in

1

this matter. If the co-defendant proceeds to trial, it is anticipated Defendant Khamsahu will be called as a witness to provide evidence and information as appropriate. A continuance of the sentencing date may assist the Court to evaluate the full measure of related cooperation with respect to a possible U.S.S.G. § 5K1.1 motion which may be filed by the Government at or before sentencing.

3. Defendant Sheps H. Khamsahu is released on bond pending his next appearance in Court pursuant to Title 18 U.S.C. Sections 3142.

4. The defense, in keeping with the terms of the plea agreement for this defendant on file in this case, does not oppose the Government's request for a continuance of the sentencing hearing date.

WHEREFORE, the government respectfully asks the Court to vacate the currently set sentencing hearing date and direct counsel to contact the professional staff of the Courtroom by telephone in the next two weeks and set a new sentencing hearing date.

Respectfully Submitted,

JOHN F. WALSH
United States Attorney

By: s/ Guy Till
GUY TILL
Assistant United States Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0401
Email:  Guy.Till@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of April, 2013, I electronically filed the **UNOPPOSED GOVERNMENT'S MOTION FOR CONTINUANCE OF SENTENCING DATE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                By: s/ Lisa Tibbetts
                                      LISA TIBBETTS
                                      Legal Assistant
                                      1225 Seventeenth Street, Suite 700
                                      Denver, Colorado 80202
                                      Telephone:  (303) 454-0100
                                      Fax:  (303) 454-0409
                                      E-mail:  Lisa.Tibbetts@usdoj.gov