IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  SHEPS H. KHAMSAHU,

    Defendant.

---

**GOVERNMENT'S RESPONSE TO
THE DEFENDANT'S OBJECTIONS TO THE PRESENTENCE REPORT AND
DEFENDANT'S MOTION FOR NON-GUIDELINE SENTENCE**

---

THE UNITED STATES OF AMERICA, by United States Attorney John F. Walsh, through the undersigned Assistant United States Attorney, hereby respectfully enters this Government's Response to Defendant's (Sheps H. Khamsahu) Motion for Non-Guideline Sentence and Defendant's Objections to Presentence Report. The Government respectfully states as follows:

    1.  The Defendant's Objections to Presentence Report, dated August 2, 2012, presents a number of arguments asking for certain favorable applications or interpretations of Sentencing Guidelines principles under the facts of this case.  The arguments generally take issue with the Defendant's role in the offense. The Defendant, an intelligent and mature man in his late thirties, was an officer of the Hells Lovers Motorcycle Club.  Review of the October 19, 2012 (DOC 703-1) Presentence Investigation Report shows that United States Probation Department paid attention to

the specific objections raised and gave the Defendant the benefit of the doubt on many of the points. With respect to the Defendant's objections to ¶ 20, the Government respectfully submits the two level adjustment for maintaining a drug involved premises is appropriate for reasons stated in the Report.

     2. The Defendant's Motion for a Non-Guideline Sentence, filed August 6, 2012, asks the Court for a sentence to probation. The Government has filed a Section 5K1.1 Motion asking for a downward departure for substantial assistant to the Government. The Government respectfully submits that a period of confinement in addition to a period of supervised release is consistent with the purposes of Title 18 U.S.C. § 3553(a) in the circumstances of this Defendant in the present case.

     Respectfully submitted this 10th day of July, 2013.

                  JOHN F. WALSH
                  United States Attorney

                  By:  s/*Guy Till*
                  GUY TILL
                  Assistant United States Attorney
                  U.S. Attorney's Office
                  1225 17th Street, Suite 700
                  Denver, CO 80202
                  Telephone:  (303) 454-0100
                  Fax:  (303) 454-0401
                  Email: Guy.Till@usdoj.gov
                  Attorney for Government

## CERTIFICATE OF SERVICE

I certify that on this 10th day of July, 2013, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO THE DEFENDANT'S OBJECTIONS TO THE PRESENTENCE REPORT AND DEFENDANT'S MOTION FOR NON-GUIDELINE SENTENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: *s/Lisa Tibbetts*
LISA TIBBETTS
Legal Assistant
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0409
E-mail: Lisa.Tibbetts@usdoj.gov