IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

(7) SHEPS H. KHAMSAHU,

    Defendant.

---

**REVISED GOVERNMENT'S SECTION 3553 AND SECTION 5K1.1 MOTION FOR DOWNWARD DEPARTURE BASED ON SUBSTANTIAL ASSISTANCE**

---

    THE UNITED STATES OF AMERICA, by United States Attorney John F. Walsh, through the undersigned Assistant United States Attorney, hereby enters the Revised Government's Motion as to Sheps H. Khamsahu, only, in accordance with the plea agreement in this case previously filed with this Court, pursuant to Sentencing Guidelines Section 5K1.1 and Title 18 United States Code Section 3553, respectfully asking the Court for a downward departure from the otherwise applicable statutory or Sentencing Guideline sentence for the reason that the defendant has supplied, and will continue to supply as required, substantial and useful cooperation and truthful information and testimony, as needed, in the investigation or prosecution of other persons.

    During the course of this case the defendant has agreed several times to the continuance of his sentencing date pending the conclusion of the case as to other co-defendants.

1

The Government is satisfied that defendant has provided said information truthfully and completely to the best of his ability.

At this time the Government believes as true the stated willingness of the defendant to testify in future as required in any investigative or legal proceedings, to include proceedings in any state or federal jurisdiction, related to the prosecution of any other persons as to whom the defendant has knowledge. The present recommendation is made with reliance upon the representation and understanding that the defendant will continue to cooperate to the best of his ability with law enforcement truthfully, completely, and without reservation in any further state or federal proceedings pursuant to legal process. Nevertheless, the government does not preclude filing, in its sole discretion, Rule 35 motions at some point in the future if events justify such motions in the judgment of the United States Attorney's Office.

The Government therefore respectfully recommends a downward departure of 49% from the lower end of the otherwise applicable Sentencing Guidelines range as determined by the Court.

Respectfully submitted this 11th day of July, 2013.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

        *s/ Guy Till*
BY:    GUY TILL
        Assistant United States Attorney
        United States Attorney's Office
        1225 17th Street, Suite 700
        Denver, Colorado 80202
        303-454-0100
        E-mail: Guy.Till@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

I certify that on this 11th day of July, 2013, a true and correct copy of the foregoing **REVISED GOVERNMENT'S SECTION 3553 AND SECTION 5K1.1 MOTION FOR DOWNWARD DEPARTURE BASED ON SUBSTANTIAL ASSISTANCE** was placed into interdepartmental distribution, and addressed to defense counsel:

Joseph Saint-Veltri, Attorney at Law
900 Logan Street
Denver, CO 80203
Email: jsvlawoffice@gmail.com

Additionally, copies were transmitted via interdepartmental distribution to:

U.S. Probation, District of Colorado

>*s/Michelle Trujillo*
>MICHELLE TRUJILLO
>Legal Assistant
>U.S. Attorney's Office
>1225 17th Street, Suite 700
>Denver, CO 80202
>Telephone: (303) 454-0100
>FAX: (303) 454-0409
>E-mail: Michelle.Trujillo@usdoj.gov