IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No:   12-cr-00010-MSK-7

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   GEORGE A. GADDY,
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON
7.   **SHEPS H. KHAMSAHU,**
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

      Defendants.

## MOTION FOR RETURN OF PASSPORT

COMES NOW Sheps H. Khamsahu (Defendant #7) by his lawyer, Joseph Saint-Veltri, and he moves the Honorable Court for the entry of an Order directing the Clerk of the Court to return to the Defendant or his attorney his passport which is being held by the Clerk of the Court in conjunction with the terms of pre-trial release.

1.   That the Defendant is scheduled to be sentenced on July 16, 2013.

2.   That, upon best information and belief, the Clerk of the Court will forward the Defendant's passport to the State Department unless this Honorable Court Orders its return.

3.	That there is no compelling reason for the Defendant's passport to be forwarded to the State Department.

WHEREFORE the Defendant prays the relief requested be granted and for any further relief which this Honorable Court deems just and proper.

Respectfully submitted,

By:	*s/ Joseph Saint-Veltri*
JOSEPH SAINT-VELTRI
Joseph Saint-Veltri, Attorney at Law
900 Logan Street
Denver, CO 80203

ATTORNEY FOR THE DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that this Motion was delivered, via the ECF system for the District of Colorado to all parties, this 11th day of July, 2013.

/s/ Joseph Saint-Veltri

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No:    12-cr-00010-MSK-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON
7. **SHEPS H. KHAMSAHU,**
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

    Defendants.

---

### ORDER RE: MOTION FOR RETURN OF PASSPORT
_____

THIS MATTER having come before the Court on the Defendant's Motion, and the Court having considered said Motion,

HEREBY ORDERS that the Motion is GRANTED.  The Clerk of the Court shall return to the Defendant or his attorney Joseph Saint-Veltri the subject passport, forthwith.

DONE AND SIGNED THIS _____ DAY OF _____, 2012.

                                  BY THE COURT:

                                  _____
                                  MARCIA S. KRIEGER
                                  CHIEF JUDGE UNITED STATES DISTRICT COURT
                                  DISTRICT OF COLORADO