**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No:   12-cr-00010-MSK-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.    SHEPS H. KHAMSAHU,

    Defendant.

## UNOPPOSED MOTION FOR EARLY TERMINATION OF PROBATION

COMES NOW Sheps H. Khamsahu (Defendant #7) by his lawyer, Joseph Saint-Veltri, and he moves the Honorable Court for the entry of an Order terminating his probation in the above-captioned matter.

AS GROUNDS, the Defendant asserts:

1.    That upon information and belief the Defendant was supervised for approximately 17 months on pretrial release prior to sentencing in this case.

2.    That the Defendant was sentenced to probation on July 16, 2013.

3.    That the Defendant obtained his real estate license on June 13, 2014, and that he is actively pursuing a career in the real estate industry, which is to some degree adversely affected by his being on probation.

4.    That upon information and belief the Defendant has been in compliance with all the requirements of his probation.

5.	That undersigned counsel has conferred with AUSA Guy Till who in turn has conferred with the U.S. Probation Department, both of whom agree to the granting of this Motion.  AUSA Till has authorized undersigned counsel to file this motion as "Unopposed."

6.	That the Defendant submits that he is an appropriate candidate for early termination of his probation.

WHEREFORE the Defendant prays the relief requested be granted and for any further relief which this Honorable Court deems just and proper.

Respectfully submitted,


By:	*s/ Joseph Saint-Veltri*
JOSEPH SAINT-VELTRI
709 Clarkson Street
Denver, CO 80218
jsvlawoffice@gmail.com
(303) 832-6777

ATTORNEY FOR DEFENDANT


CERTIFICATE OF SERVICE

I hereby certify that this Motion was delivered, via the ECF system for the District of Colorado to all parties, this 8th day of August, 2014.


/s/ Joseph Saint-Veltri