IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 12-cr-00010-MSK-07

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHEPS H. KHAMSAHU,

    Defendant.

___

**ORDER TERMINATING PROBATION**
___

This matter is before the Court upon the motion of the defendant, Sheps H. Khamsahu, for early termination from probation on August 8, 2014. The Court has received a report from the United States Attorney concerning defendant's compliance with the conditions of supervision, and is satisfied that termination is warranted by the conduct of the defendant and in the interest of justice. Accordingly, it is

ORDERED that the term of probation supervision imposed on July 16, 2013, is hereby terminated and the defendant is discharged from further supervision.

DATED at Denver, Colorado, this 18th day of August, 2014.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
Chief United States District Judge